Opinion filed October 8, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed October 8,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-09-00215-CV

                                 __________

 

       IN THE MATTER OF THE ESTATE OF JACK HOOKER, DECEASED

 



 

                                               On
Appeal from the County Court

                                                            Falls
County, Texas

                                                     Trial
Court Cause No. 6972

 



 

                                            M
E M O R A N D U M    O P I N I O N

Ralph
B. Smith filed a pro se notice of appeal but did not file an affidavit of
inability to pay costs on appeal in compliance with Tex. R. App. P. 20.  We dismiss the appeal.

The
clerk of the trial court has notified this court twice in writing that Smith
has failed to make arrangements to pay for the clerk=s record.  Pursuant to Tex. R.App. P. 37.3(a)(1), Smith was given thirty days until September
28, 2009, to correct this situation.  As of this date, a clerk=s record has not been filed
in this court.

The
failure to file the clerk=s
record appears to be due to Smith=s
actions.  Therefore, the appeal is dismissed.  Tex. R. App. P. 37.3(b).

 

PER CURIAM

October 8, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.